Craig D. TAYLOR, Appellant,

v.

STATE of Missouri, Respondent.

No. 73700.

Missouri Court of Appeals,
Eastern District,
Division Five.

Nov. 24, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 16, 1999.

David C. Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kenneth P. Ferguson, Asst. Attys. Gen., Jefferson City, for respondent.

Before ROBERT G. DOWD, Jr., C.J., KENT E. KAROHL, J., and ROBERT E. CRIST, Senior Judge.

## ORDER

PER CURIAM.

Movant Craig D. Taylor appeals from the trial court's denial of his Rule 24.035 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).

Roberto AGUILAR, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 74189.

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 19, 1999.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 16, 1999.

David Burns, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, for respondent.

Before PAUL J. SIMON, P.J., KATHIANNE KNAUP CRANE, J., and LAWRENCE E. MOONEY, J.

## ORDER

PER CURIAM.

Movant appeals the denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).